**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| MICHAELA DOUGLASS-USOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NECTRIS LABS, LLC; OUTPOST BRANDS, LLC; DRM PRODUCTION, LLC; and PEAK 24, LLC,<br><br>Defendants. | Civil Action No. 3:25-cv-00307-DJN |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "[a] plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Michaela Douglass-Usov hereby voluntarily dismisses her claims with prejudice against Nectris Labs, LLC; Outpost Brands, LLC; DRM Production, LLC; and Peak 24, LLC. Each party shall bear its own costs.

Dated: October 6, 2025

Respectfully submitted,

**SILVERMAN THOMPSON SLUTKIN & WHITE**

By: *__/s/ Attorney__*

Pierce C. Murphy, Esq. (VSB #87842)
400 Pratt Street, Suite 900
Baltimore, MD 21202
(410) 385-2225 (p)
(410) 547-2432 (f)
pmurphy@silvermanthompson.com

**BURSOR & FISHER, P.A.**
Ryan B. Martin (admitted *pro hac vice*)

1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: rmartin@bursor.com

*Counsel for Plaintiff*